RECEIVED
IN ALEXANDRIA, LA.
MAY 27 2014
TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00048-01 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| HENOK DEJENE RETTA | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendant's motion to represent himself, doc. #22, is considered to have been WITHDRAWN by defendant due to his refusal to cooperate with the court in ensuring that he understood his rights and that his waiver of counsel was knowingly made.

The time during which this motion was pending is EXCLUDED from the speedy trial delays.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27 day of May, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT